# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT J. GARGASZ Co., L.P.A., et al | ) | CASE NO.: 1:23CV02468 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR EXTENSION** |
| SECRETARY OF THE TREASURY, et al | ) | **OF TIME TO ANSWER OR** |
| | ) | **OTHERWISE PLEAD** |
| Defendants. | ) | |

Now come the Defendants, by and through undersigned counsel, and hereby respectfully move this Honorable Court for an extension of 14 days, until March 22, 2024, to answer or otherwise respond to Plaintiffs complaint in this action.

As grounds for this extension, undersigned counsel requests the additional time due to the unusual press of business of its counsel. This extension is not requested to cause unnecessarily delay of this matter but is made in the interests of justice to allow for sufficient time to allow Defendants to adequately respond to Plaintiff's Complaint.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: /s/*Rema A. Ina*
REMA A. INA (0082549)
Assistant United States Attorneys
United States Court House
801 West Superior Ave., Suite 400
Cleveland, OH 44113
(216) 622-3723
(216) 522-4982 (Fax)
Rema.Ina@usdoj.gov

*Counsel for Defendants*