UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT J. GARGASZ CO., L.P.A., *et al.*, | ) CASE NO. 1:23-cv-02468 |
| Plaintiffs, | ) JUDGE CHARLES E. FLEMING |
| v. | ) |
| SECRETARY OF THE TREASURY, *et al.*, | ) |
| Defendants. | ) ORDER |

Currently pending before the Court is Defendants' Motion to Hold Case in Abeyance. (ECF No. 7). Defendants request that this case be held in abeyance pending the outcome of a similar case on appeal in the Eleventh Circuit, which involves the same underlying issue. (*Id.*). Having considered Plaintiff's "conditional assent" to the Motion, (ECF No. 8), and Defendants' responsive filing to the same (ECF No. 9), the Court considers Defendants' request for abeyance unopposed and finds good cause for granting the Motion. Accordingly, the Court **GRANTS** Defendants' Motion. This matter is **STAYED/HELD IN ABEYANCE** pending the outcome of *National Small Business United v. U.S. Department of the Treasury*, 11th Cir., Case No. 24-10736.

**IT IS SO ORDERED.**

Dated: April 17, 2024

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**